1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11  In the Disciplinary Matter of          )
                                           )
12  NEAL RONALD SAFRAN                      )     ORDER TO SHOW CAUSE
                                           )
13                                          )
                                           )
14  California State Bar                    )
    #72491                                  )
15  _____)

16          This Court has received notice that the Supreme Court of California has

17  suspended from the practice of law the above-referenced attorney effective

18  April 4, 2008.  Therefore, the above-referenced attorney is hereby ordered to

19  show cause, in writing within 30 days of the date of this order, why he or she should

20  not be suspended from the practice of law before this Court, pursuant to Rule 83-3.1.9

21  of the Local Rules for the Central District of California.

22          IT IS FURTHER ORDERED, that if the above-referenced attorney does not

23  contest the imposition of suspension from this Court or does not respond to the order

24  to show cause within the time specified, the Court shall issue an order of suspension

25  effective 30 days from the date of this order to show cause.

26          A response to this order to show cause must make the showing required in

27  Local Rule 83-3.1.9.  In addition, the above-referenced attorney must produce at the

28  time the response to the order to show cause is filed a certified copy of the entire

1

record from the other jurisdiction or bear the burden of persuading the Court that less than the entire record will suffice.

The response to the order to show cause and other documentation shall be mailed or delivered to:   U.S. Courthouse, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Clerk of Court.  The response to the order to show cause and other documentation shall not be filed with the Court.

Unless stated otherwise by order of the Court, the above-referenced  attorney who has been suspended from the Bar of this court because of a suspension by the Supreme Court of California will be reinstated upon proof of reinstatement as an active member in good standing of the State Bar of California.

An attorney registered to use the Court's Electronic Case Filing System (ECF) who  is suspended by this Court will not have access to file documents electronically until the attorney has been reinstated by the State Bar of California and reinstated to the Bar of this Court.

This Order to Show Cause is being mailed to the above-referenced attorney's current address as on file with the State Bar of California.


DATE:   June 2, 2008


Alicemarie H. Stotler
Chief United States District Judge

2